**FILED**

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0433

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0433

_____

IN THE PARENTING OF:

T.J.E.,

    A Minor Child,

RACHEL RENE ERICKSON,

    Petitioner and Appellant,

and

TRAVIS JOHN ERICKSON,

    Respondent and Appellee.

_____

FILED

NOV 2 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of r Appellant's motion for extension to of time to file her opening brief, and good cause appearing,

IT IS ORDERED that the motion for extension is GRANTED. Appellant's opening brief is due January 4, 2021.

DATED this _____ day of November, 2020.

For the Court,

_____
Chief Justice